UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                             Case No. 24- 30261
                                             Originating No. 24CR00100

**CHRISTOPHER HALL,**

    Defendant.
_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **CHRISTOPHER HALL,** to answer to charges pending in another federal district, and states:

1. On **July 11, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Texas based on an Indictment** . Defendant is charged in that district with violation of **21 USC Section 846 – Conspiracy to Possess with Intent to Distribute and Distribution of Cocaine.**

      2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

      WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

      DAWN N. ISON
      United States Attorney

      *s/Craig Wininger*
      CRAIG WININGER
      Assistant U.S. Attorney
      211 W. Fort Street, Suite 2001
      Detroit, MI 48226
      (313) 226-9100

Dated: July 11, 2024